■ DELEGATED PROPERTIES, LTD., Appellant-Respondent, v. BETH LEWIS, as Successor Trustee, Respondent-Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

■ FLORENCE DYRNES, as Guardian ad Litem for THOMAS DYRNES, Respondent, v. CONSOLIDATED EDISON Co. et al., Appellants, et al., Defendant.—

In our opinion, under all the circumstances of this case the verdict of $1,250,000 was excessive to the extent indicated herein (cf. Nestor v. Consolidated Edison Co. of N. Y., 23 A D 2d 870, affd. 16 N Y 2d 1025; Zaninovich v. American Airlines, 26 A D 2d 155; Peterson v. State of New York, 37 Misc 2d 931, affd. 19 A D 2d 860; Wolfe v. General Mills, 35 Misc 2d 996). Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.